NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHISON ELECTRONICS CORP.,**
*Appellant*

**v.**

**SILICON MOTION TECHNOLOGY CORP.,**
*Appellee*

---

2015-1632

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00473.

---

**JUDGMENT**

---

DAVID MICHAEL HOFFMAN, Fish & Richardson, P.C., Austin, TX, argued for appellant. Also represented by DAVID M. BARKAN, Redwood City, CA; PROSHANTO MUKHERJI, Boston, MA.

JASON ALEXANDER ENGEL, K&L Gates LLP, Chicago, IL, argued for appellee. Also represented by BENJAMIN EDWARD WEED, DEVON C. BEANE; MELVIN CHAN, AKA Chan LLP, Santa Clara, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2016        /s/ Daniel E. O'Toole
Date                 Daniel E. O'Toole
Clerk of Court